**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 27, 2024.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00387-CV

---

### IN THE INTEREST OF A.D., Appellant

---

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2022-00091**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed May 16, 2024 appointing an amicus attorney and requiring payment of $750.00 to the amicus attorney. *See* Tex. R. Civ. P. 145(g). On May 29, 2024, the trial court signed an order that no longer required the payment of $750.00. On May 30, 2024, appellant filed a motion to dismiss the appeal as moot. *See* Tex. R. App. P. 42.1(a)(1).

We grant the motion and dismiss the appeal as moot.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Justice Poissant.